UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              Case No. 11-20551

FREDERICK TILL JACKSON, SR.,

        Defendant.
_____/

**ORDER TERMINATING AS MOOT DEFENDANT'S MOTION FOR
COMPASSIONATE RELEASE AND REQUEST TO APPOINT COUNSEL**

Defendant Frederick Till Jackson, Sr., pleaded guilty to conspiracy to distribute and possess with intent to distribute controlled substances, 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C). (ECF No. 1439, PageID.11613.) On March 10, 2016, the court sentenced him to 141 months imprisonment. (*Id.*, PageID.11614.)

Pending before the court are Defendant's "Second Motion for Compassionate Release," under 18 U.S.C. § 3582(c)(1)(A), dated July 6, 2021 (ECF No. 1971), and his subsequent "Request to Appoint Counsel," (ECF No. 1986). In his new motion for compassionate release, Defendant argues his age (approximately sixty) and his medical conditions (heart disease, hypertension, and hyperlipidemia) make him especially susceptible to COVID-19 and justify his early release from incarceration.[1] (ECF No. 1971, PageID.20091-92.) Defendant requests that he be released and allowed to live at

---

[1] This court previously rejected almost identical arguments in a December 20, 2020, Opinion and Order, which found that the § 3553(a) factors weighed against Defendant's release even assuming Defendant's susceptibility to COVID-19 constituted "extraordinary and compelling" circumstances. (*See* ECF No. 1920, PageID.19753-54.)

his daughter's home. (*Id.*) The Government has filed a response opposing Defendant's release. (ECF No. 1980.) Defendant has also requested that the court appoint a Public Defender to assist him in petitioning for "compassionate release, home confinement, or reduction in sentence under [18 U.S.C. §] 3582(c)(1)(A)." (ECF No. 1986, PageID.20812.)

A search of the Bureau of Prison's ("BOP") online database, however, indicates that, as of June 2022, Defendant is no longer housed in a Federal prison and has already been assigned to a residential reentry program through "RRM Detroit." *See Find an Inmate*, Federal Bureau of Prisons, https://www.bop.gov/mobile/find_inmate/ (last visited June 27, 2022). The court has confirmed, through the Probation Department, that Defendant has already assigned by the BOP to home confinement, subject to an electronic monitoring tether. Thus, because the instant motions are entirely based on Defendant's fear of contracting COVID-19 while incarcerated, the court finds that the pending motions are now moot. Accordingly,

IT IS ORDERED that Defendant's "Second Motion for Compassionate Release" (ECF No. 1971) is TERMINATED AS MOOT.

IT IS FURTHER ORDERED that Defendant's "Request for Appointment of Counsel" (ECF No. 1986) is TERMINATED AS MOOT.

                                                                     s/Robert H. Cleland              /
                                                                     ROBERT H. CLELAND
                                                                     UNITED STATES DISTRICT JUDGE

Dated:  June 29, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 29, 2022, by electronic and/or ordinary mail.

s/Lisa Wagner                              /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Criminal\11-20551.JACKSON.SecondMotiontoReduceSentence.AAB.docx